UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**HOWARD C. FABIAN,**

  **Plaintiff,**

**v.**              Case No. 3:12cv437-JAG

**HERITAGE ANTIQUES AND
COLLECTIBLES, INC.,**

  **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

  The Plaintiff, Howard C, Fabian, in the above styled case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and hereby gives notice of voluntarily dismissing Heritage Antiques and Collectibles, Inc., with prejudice, as the parties amicably resolved this matter.

  Respectfully submitted this 5th day of September, 2012.


_____/s/_____   _____
Jonathan H. Walker, Esq.       Michael A. Chester, Esq.
Virginia Bar No: 24300        Alabama Bar No: ASB-3904-L74C
*Attorney for Plaintiff*         *Proposed Pro Hac Vice Counsel*
Mason, Mason, Walker & Hedrick, PC  Schwartz Roller & Zwilling, LLP
11848 Rock Landing Drive, #201    600 Vestavia Parkway, Ste 251
Newport News, VA  23606      Birmingham, AL 35216
Telephone:  (757) 873-3909      Telephone: (205) 822-2701
Facsimile: (757) 873-1781       Facsimile: (205) 822-2702
jwalker@masonwalker.com      mchester@szalaw.com

CERTIFICATE OF SERVICE

I certify that on September 5, 2012, I will electronically file the foregoing Notice of Voluntary Dismissal With Prejudice via the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jonathan H. Walker | Michael A. Chester |
| Virginia Bar No. 24300 | Alabama Bar No.  ASB-3904-L74C |
| Mason, Mason, Walker & Hedrick, PC | Schwartz Roller & Zwilling |
| 11848 Rock Landing Dr., Suite 201 | 600 Vestavia Parkway, Suite 251 |
| Newport News, VA  23606 | Birmingham, AL 35216 |
| Telephone: (757) 873-3909 | Telephone:  (205) 822-2701 |
| Facsimile: (757)  873-1781 | Facsimile:   (205) 822-2702 |
| jwalker@masonwalker.com | mchester@szalaw.com |
| *Counsel for the Plaintiff* | *Pro Hac Vice Lead Counsel for the Plaintiff* |

/s/ Jonathan H. Walker
Jonathan H. Walker
Virginia Bar No. 24300
Mason, Mason, Walker & Hedrick, PC
11848 Rock Landing Dr., Suite 201
Newport News, VA  23606
Telephone: (757) 873-3909
Facsimile: (757)  873-1781
jwalker@masonwalker.com
*Counsel for the Plaintiff*

Michael A. Chester
Alabama Bar No. ASB-3904-L74C
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216
Telephone:  (205) 822-2701
Facsimile:   (205) 822-2702
mchester@szalaw.com
*Pro Hac Vice Lead Counsel for the Plaintiff*